BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: blake.russum@rmkb.com

Attorneys for Defendant
LINCOLN NATIONAL LIFE INSURANCE
COMPANY

**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALICIA PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>LNCOLN NATIONAL LIFE INSURANCE COMPANY; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 2:18-cv-07422 CAS(JCx)<br><br>[~~PROPOSED~~] JUDGMENT |

This action came on regularly for a bench trial on September 17, 2019, at 9:30 a.m., in Courtroom 8D of the above-entitled Court, the Honorable District Judge Christina A. Snyder, presiding. The matter was submitted to the Court for decision, and, after deliberation and good cause appearing, the Court issued its Minute Order, docket document number 35, finding in favor of Defendant Lincoln National Life Insurance Company. The Court having GRANTED Defendant Lincoln National Life Insurance Company's motion for judgment pursuant to Federal Rule of Civil Procedure 52, it is ORDERED, ADJUDGED, AND DECREED as follows:

/ / /

Judgment is HEREBY ENTERED in favor of Defendant Lincoln National Life Insurance Company and against Plaintiff Alicia Perez. Each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:_October 4, 2019  _____  *Christina A. Snyder*

Honorable Christina A. Snyder
Judge of the United States District Court

4827-0972-1512.1